**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone:  (805) 270-7100
Facsimile:  (805) 270-7589
E-Mail:  mbradley@bradleygrombacher.com
E-Mail:  kgrombacher@bradleygrombacher.com

JS-6

link 15

Attorneys for Plaintiff PHILLIP TORRES JR.,
on behalf of himself and others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP TORRES JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Stock Corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | CASE NO. 2:25-cv-02303-HDV-SKx<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF DEFENDANTS UNITED PARCEL SERVICE, INC. PURSUANT TO FED. R. CIV. PROCEDURE 41(a)(1)(ii)<br><br>[Santa Barbara County Superior Court Case No. 25CV00741]<br><br>Complaint Filed: February 3, 2025<br>Removed to Fed. Court: March 14, 2025 |

## [~~PROPOSED~~] ORDER

IT IS ORDERED that Plaintiffs, Phillip Torres, Jr.'s claims against Defendants United Parcel Service, Inc., an Ohio Stock Corporation; are dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: 4/9/25

_____
~~MAGISTRATE JUDGE STEVE KIM~~
U.S. District Judge Hernán D. Vera

---

1

[PROPOSED] ORDER GRANTING DISMISSAL OF DEFENDANTS UNITED PARCEL SERVICE, INC.
PURSUANT TO FED. R. CIV. PROCEDURE 41(a)(1)(ii)